AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
2/24/22
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Priority Mail Express Tracking Number
EJ958107977US
Postmarked February 7, 2022

Case No. **3:22MJ076**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Express Package EJ958107977US addressed to Mr. Cee, 1605 Sunset Ave, Springfield, OH 45505, with a return address of FL-Academy, 1101 North 44th Street, 85008.

located in the **Southern** District of **Ohio**, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the possible distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution and possession with intent to distribute a controlled substance. |
| 21 USC 846 | Conspiracy to distribute/possess with intent to distribute a controlled substance |
| 21 USC 843(b) | Use of a communication facility to commit a felony |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brad M. Dorman, U.S. Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephone** *(specify reliable electronic means)*.

Date: **2/24/22**

*Judge's signature*

City and state: Dayton, OH

United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: PRIORITY MAIL EXPRESS PACKAGE TRACKING NUMBER EJ958107977US | Case No. **3:22MJ076** <br><br> **Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, **Brad M. Dorman**, being first duly sworn, hereby depose and state as follows:

1. I am a United States Postal Inspector and have been since August 2017. I am presently assigned to the Cincinnati Field Office of the United States Postal Inspection Service, Pittsburgh Division, with investigative responsibility for southeast Indiana and southern Ohio. Part of my responsibility involves investigating the illicit use of the United States Mails in the transportation of narcotics, other dangerous controlled substances, and financial proceeds from, or instrumentalities used in, the sale of such narcotics and controlled substances (hereinafter, "Drugs and/or Proceeds").

2. Based on my prior training and experience as a United States Postal Inspector, I have become aware that drug traffickers frequently use United States Priority Mail Express (overnight) or Priority Mail (2-3-day) to transport Drugs and/or Proceeds. Additionally, as a result of prior investigations, law enforcement training, and successful controlled-substance prosecutions involving the use of the United States Mail, I have learned of certain common characteristics and/or circumstances that indicate that a particular package may contain Drugs and/or Proceeds. These circumstances and/or characteristics include, but are not necessarily limited to, the following: the mailer uses different post offices on the same day to send packages, the return address is false or non-existent, the addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, the labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanate from the package, and the listed address is located in an area of known or suspected drug activity.

3. On February 8, 2022, the U.S. Postal Inspection Service intercepted a package (hereinafter "the Package") at the Dayton, Ohio Processing and Distribution Center (PDC). The Package is a USPS Priority Mail Express Padded Flat Rate Envelope, bearing tracking number EJ958107977US, mailed from Post Office 85018, postmarked February 7, 2022, with the following address information:

**Sender**: FL-Academy
1101 North 44th Street
85008

**Addressee**: Mr. Cee
1605 Sunset Ave
Springfield, OH 45505

Through training and experience as a Postal Inspector, I know that the Phoenix, Arizona area has been long known to be a drug source location.

4. I performed a check in the CLEAR database for the addressee's information on the Package of "Mr. Cee, 1605 Sunset Ave, Springfield, OH 45505." CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR, there is no "Mr. Cee" or anyone with the name "Cee" associated with 1605 Sunset Ave, Springfield, OH 45505.

5. I also performed a check in CLEAR for the sender's information listed on the Package of "FL-Academy, 1101 North 44th Street, Phoenix, AZ 85008." According to CLEAR, there is no "FL-Academy" associated with 1101 North 44th Street, Phoenix, AZ 85008. A search of the USPS Database and Google confirmed that 1101 North 44th Street, Phoenix, AZ 85008 is a hotel. Based upon my prior law enforcement training and experience, I have become aware that narcotic traffickers will commonly use hotels to conduct their illicit business.

6. On February 10, 2022, at the request of the U.S. Postal Inspection Service, Detective Anthony Hutson of the Montgomery County Sheriff's Office conducted a narcotics-detection canine "free air" check of the outside of the Package. An Inspector was present during said check. Prior to conducting the "free air" check, the Package was placed in a room with multiple similar and like packages. As set forth in the attached affidavit of Detective Hutson, "Hank" alerted positively for the presence or odor of a narcotic or other controlled substance exuding from the Package. "Hank" is a properly trained and certified narcotics-detection canine.

7. Based on my prior law enforcement training and experience as a United States Postal Inspector, the Package's address information, including (i) no association between the sender and return address, (ii) the return address being a hotel, (iii) no current association between the addressee and recipient address, and (iv) the positive alert of the narcotics-detection canine are all indicative of and consistent with Drugs and/or Proceeds being present in the Package. Therefore, a search warrant to open the Package is requested.

Further, your affiant sayeth naught.

Respectfully submitted,

_____
Brad M. Dorman
U.S. Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to and before me this **24th** day of **Feb**, 2022.

_____
HONORABLE SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE



UNITED STATES POSTAL INSPECTION SERVICE

PITTSBURGH DIVISION

## OFFICER AFFIDAVIT

I, Detective **ANTHONY HUTSON**, am and have been employed by the **MONTGOMERY COUNTY SHERIFF'S OFFICE** since **1998**. Among other duties, I am currently the assigned handler of narcotics detection canine "**HANK**" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

**Cocaine, Methamphetamine, Heroin and their derivatives**

On __02/10/2021__, at the request of Postal Inspector **ROSSITER**, I responded to the **DAYTON P&DC**, where "**HANK**" did alert to and indicate upon: [describe item]

USPS Priority Mail Express Tracking # EJ958107977US

| TO: | Mr. Cee | FROM: | FL-Academy |
|---|---|---|---|
|  | 1605 Sunset Ave |  | 1101 North 44th Street |
|  | Springfield, OH 45505 |  | 85008 |

Which, based upon my training and experience and that of "**HANK**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ /01  2·10·22
(Signature, Badge #, and Date)

_____ 2/10/22
(Witness/Date)

Cincinnati Field Office
895 Central Avenue STE 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009